Rck

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

MAR 29 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 13-0545-TJS |
| | : | |
| STEWART DENNIS SACHS, | : | |
| Defendant. | : | |

...oOo...

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby dismisses the COMPLAINT pending against **STEWART DENNIS SACHS** under the above case number, and requests withdrawal of the arrest warrant.

_____
Rod J. Rosenstein
United States Attorney

Leave of court is **granted for the filing of the foregoing dismissal and the arrest warrant is hereby withdrawn**. The Clerk of the Court is directed to provide a copy of this Order to Richard C. Kay, Assistant U.S. Attorney, and to the U.S. Marshals Service.

_____
Stephanie A. Gallagher
United States Magistrate Judge

Date: March 29, 2012

2013 MAR 29 PM 4:21
U.S. MARSHAL
BALTIMORE, MD